Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Dany Geraldo*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dany Geraldo,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC,<br><br>　　　　Defendant. | Case No. 2:17-cv-02979-RFB-GWF<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Dany Geraldo ("Plaintiff") and Defendant Equifax Information Services LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 4th day of June 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**SNELL & WILMER LLP**

By: /s/ Bradley T. Austin
Bradley T. Austin, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
*Attorneys for Defendant*
*Equifax Information Services LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of June, 2018.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 4, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148